AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
2019 AUG 19 PM 1:48
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | |
|---|---|
| United States of America<br>v.<br>James P. Reardon<br><br>*Defendant(s)* | Case No.<br><br>4:19M 6165 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 11, 2019__ in the county of __Mahoning__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Transmitting Threatening Communications via Interstate Commerce |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

FBI S/A Thomas Donnelly
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8-19-2019

_____
*Judge's signature*

City and state: Youngstown, Ohio

George J. Limbert, U.S. Magistrate Judge
*Printed name and title*