# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Ohio
### Thomas D. Lambrose United States Courthouse

UNITED STATES OF AMERICA

                                                Plaintiff,

v.                                                          Case No.: 4:19−mj−06165−GJL

                                                                       Magistrate Judge George J. Limbert

James P. Reardon

                                                Defendant.

## SCHEDULING NOTICE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      Notice of Hearing as to defendant James P. Reardon; an initial appearance is scheduled for 9/6/2019 at 9:30 AM in Courtroom 242 in Youngstown, Ohio before Magistrate Judge George J. Limbert.(S,AA)

**PLACE**
Thomas D. Lambros
United States Courthouse & Federal Building
125 Market Street
Youngstown, OH
44503

August 29, 2019

                                                                               Sandy Opacich, Clerk
                                                         Anita Ann Schenker, Deputy Clerk