IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:19MJ6165 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | GEORGE J. LIMBERT |
| v. | ) | |
| | ) | |
| JAMES P. REARDON, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| Defendant. | ) | CORPUS AD PROSEQUENDUM |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:

The petitioner, David M. Toepfer, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that James P. Reardon is now confined in the Mahoning County Jail, Youngstown, Ohio, and is in the custody of the Sheriff for said Institution.

Your petitioner further shows to the Court that the defendant has been charged in this District with a violation of Title 18, United States Code, Section 875(c), and pursuant to said charge is to appear for an initial appearance on September 6, 2019, at 2:30 p.m. before the Honorable Magistrate Judge George J. Limbert in the United States District Court for the Northern District of Ohio, Eastern Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at Youngstown, Ohio or their designee, and/or the Ohio Department of Rehabilitation and Corrections to produce the defendant before this Court at the above-specified time and place and

for such other and further proceedings as the Court may deem proper as it pertains to the prosecution of said charges; and that immediately after the said defendant completes this and any future court proceedings, he be returned to said custodian under safe and secure conduct.

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney

By:   /s/ David M. Toepfer
        David M. Toepfer (OH: 0068008)
        Assistant United States Attorney
        100 E. Federal Street, City Centre One;
          Suite 325
        Youngstown, OH 44503
        (330) 740-6986
        (330) 746-0239 (facsimile)
        David.Toepfer@usdoj.gov

I, David M. Toepfer, do declare under penalty of perjury that the foregoing is true and correct.

        s/ David M. Toepfer
        David M. Toepfer
        Assistant United States Attorney

Executed on August 30, 2019.