IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:19MJ6165 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | GEORGE J. LIMBERT |
| v. | ) | |
| | ) | |
| JAMES P. REARDON, | ) | |
| | ) | |
| Defendant. | ) | <u>JOURNAL ENTRY</u> |

This matter came on to be heard upon the petition of David M. Toepfer, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the Sheriff, Mahoning County Jail, Youngstown, Ohio, and/or the United States Marshal at Youngstown, Ohio or their designee. The Court, being fully advised in the said matter, finds that the said James P. Reardon, is detained in the Mahoning County Jail, Youngstown, Ohio, under the custody of said Sheriff.

The Court further finds that the said United States desires to proceed with a initial appearance on a criminal complaint charging a violation of Title 18, United States Code, Section 875(c), at Youngstown, Ohio, before the Honorable Magistrate Judge George J. Limbert on

Friday, September 6, 2019, at 9:30 a.m., and to other court proceedings relating to such complaint as this Court may deem proper.

THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ be delivered to the United States Marshal at Youngstown, Ohio or their designee.

/s/George J. Limbert - 08/30/2019<br>
GEORGE J. LIMBERT<br>
UNITED STATES MAGISTRATE JUDGE