## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | Criminal No.:  4:19-MJ-6165 |
| **Plaintiff,**  ) | |
| ) | |
| v.  ) | **JUDGE GEORGE J. LIMBERT** |
| ) | |
| JAMES REARDON,  ) | |
| ) | <u>**NOTICE OF APPEARANCE**</u> |
| **Defendant.**  ) | |

Now comes the Defendant, James Reardon, by and through undersigned Counsel, and hereby respectfully advises this Honorable Court that the undersigned has been retained as Counsel of Record.  Counsel respectfully requests that all notices and entries sent by this Honorable Court, be sent to Ross T. Smith, Attorney for James Reardon.

                                                Respectfully submitted,

                                                _____
                                                **ROSS T. SMITH, #0079786**
                                                Attorney for James Reardon
                                                Huntington Bank Building
                                                26 Market Street, Suite 610
                                                Youngstown, OH 44503
                                                Telephone:    (330) 261-1793
                                                Facsimile:     (800) 910-6030
                                                Email:          ross@rosssmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2019 a copy of foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

Respectfully submitted,

_____
**ROSS T. SMITH, #0079786**
Attorney for James Reardon
Huntington Bank Building
26 Market Street, Suite 610
Youngstown, OH 44503
Telephone:   (330) 261-1793
Facsimile:    (800) 910-6030
Email:          ross@rosssmithlaw.com